■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PABLO HENRIQUEZ, Appellant. [848 NYS2d 876]—Appeal from judgment, Supreme Court, New York County (James A. Yates, J.), rendered July 21, 2005, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fourth degree, and sentencing him to a term of six months, concurrent with five years' probation, unanimously dismissed.

Defendant has been released from New York State custody and deported (*see People v Diaz*, 7 NY3d 831 [2006]). Were we not dismissing the appeal on that basis, we would find no basis to reduce the sentence. Concur—Lippman, P.J., Buckley, Gonzalez and Sweeny, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COLESVINTONG FLORESTAL, Appellant. [849 NYS2d 188]—Judgment, Supreme Court, New York County (Renee A. White, J.), rendered on or about February 22, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Buckley, Gonzalez and Sweeny, JJ.